UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR 9004-1(b)

FITZGERALD & CROUCH, P.C.
649 Newark Avenue
Jersey City, NJ 07306
By: Sarah J. Crouch, Esq. (SC 1174)
Phone: 201-533-1100
Fax: 201-533-1111
Attorney for the Debtor

In Re:

INDIA MCRAE

Case No.: 17-35031

Judge: Gambardella

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by  US Bank NA , creditor,

   A hearing has been scheduled for  August 15, 2018 , at 10:30 AM.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:
Payments have been made in the amount of $3,176.00 and another payment in the amount of $3176.00.

☐ Other **(explain your answer)**:
The mortgage company offered a trial modification. The Debtor was paying the insurance on her own and sent in a payment that was slightly lower because there was no need to pay extra insurance. Declaration page attached. THe Debtor requests the loan modificatino be reinstated.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 7/24/18

Debtor's Signature

Date: _____

Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*



## OFFICIAL CHECK

53514468-0

52-0133 / 112

RE: INDIA M MCRAE

DATE: 07/03/2018

PAY TO THE ORDER OF ***** MR. COOPER
Three Thousand One Hundred Seventy Six AND 00/100

$3,176.00

DRAWER: TD BANK, N.A.

**NON NEGOTIABLE**
AUTHORIZED SIGNATURE

The Bank will not stop payment on this Official Bank Check and reimburse the purchaser or issue a replacement until the purchaser or payee signs a Declaration of Loss and more than 90 days have passed since the date of issue.



**OFFICIAL CHECK**  53514345-3

TD Bank    52-0133 / 112

RE: INDIA M MCRAE    DATE: 06/07/2018

PAY TO THE ORDER OF: MR. COOPER    $2,176.00

Two Thousand One Hundred Seventy Six AND 00/100

DRAWER: TD BANK, N.A.

**NON NEGOTIABLE**
AUTHORIZED SIGNATURE

CUSTOMER COPY

The Bank will not stop payment on this Official Bank Check and reimburse the purchaser or issue a replacement until the purchaser or payee signs a Declaration of Loss and more than 90 days have passed since the date of issue.

---

**CUSTOMER'S RECEIPT**

UNITED STATES POSTAL SERVICE

KEEP THIS RECEIPT FOR YOUR RECORDS

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to: Mr. Cooper
Address: P.O. Box 619086 Dallas TX 75261
599995235D

Year, Month, Day: 2018-05-02    Post Office: 073061    Amount: $1,000.00    Clerk: 09

Serial Number: 25079785514

---



437-0900
FAX 437-8360



## LONGO AGENCY, INC.
BUSINESS • AUTO • HOME • LIFE

NICOLE MILLER
CSR
marilyn.longo@att.net

916 BROADWAY
BAYONNE, N.J. 07002
www.longoagency.com

| | | |
|---|---|---|
| | | SLA#: 00574-18-11450 |

**Insurance is effective with certain** Underwriters at Lloyd's, London
**Percentage 100%**

The Intermediary negotiating this insurance on behalf of the Correspondent is: Bell & Clements Ltd.
55 King William Street UK, EC4R 9AD

**This Declaration Page is attached to and forms part of policy**

| Policy No: AHH127453 | Prior Policy No: NEW |
|---|---|
| **Name and Mailing Address of the Insured:**<br>INDIA MCRAE<br>90 Neptune Ave<br>Jersey City, NJ 07305 | **Producer Name and Address:**<br>Longo Agency Inc<br>916 Broadway<br>Bayonne, NJ 07002<br>(201) 437-0900 |

**Policy Period:** From: 06/14/2018    To: 06/14/2019    12:01 A.M. standard time at the Insured's Residence Premises.

The Residence Premises covered by this policy is located at the address of the insured shown above unless otherwise stated:
90 Neptune Ave, Jersey City, NJ 07305

Coverage is Provided only where a limit of liability or a premium is shown for the coverage
**Coverage Form: HO3**

| SECTION I-PROPERTY COVERAGES | | | SECTION II-LIABILITY COVERAGES | | |
|---|---|---|---|---|---|
| A. DWELLING | $ | 608,000 | E. PERSONAL LIABILITY | $ | 500,000 |
| B. OTHER STRUCTURES | $ | 60,800 | F. MEDICAL PAYMENTS | $ | 5,000 |
| C. PERSONAL PROPERTY | $ | 304,000 | | | |
| D. LOSS OF USE | $ | 60,800 | | | |
| SECTION I PREMIUM: | $ | 2,335.00 | SECTION II PREMIUM: | $ | 150.00 |

**SECTION I DEDUCTIBLES:**
*IN CASE OF LOSS UNDER THIS POLICY, WE COVER ONLY THAT PART OF THE LOSS OVER THE DEDUCTIBLE STATED*

| ALL OTHER PERILS | $1,000 |
|---|---|
| THEFT | $2,500 |
| WATER DAMAGE | $2,500 |

**Taxes and Fees:**
Inspection Fee    $23.00
Agency Fee PL    $50.00
Surplus Line Tax    $124.25

| Wind/Hail Form (if applicable) | HO 0330 | **TOTAL PREMIUM: $** | 2,485.00 |
|---|---|---|---|

FORMS AND ENDORSEMENT MADE PART OF THIS POLICY AT THE TIME OF ISSUANCE: SEE ATTACHED JCFS-SCHEDULE OF FORMS AND ENDORSEMENTS

**RATING INFORMATION:**

| OCCUPANCY | Owner | CONSTRUCTION | Frame |
|---|---|---|---|
| NO. OF FAMILIES | 2 | YEAR OF CONSTRUCTION | 1940 |
| PROTECTION CLASS | | NO. OF STORIES | |
| TERRITORY | 504 | | |

**First Mortgagee: (Name and Address)**
Nationstar Mortgage LLC ISAOA/ATIMA
PO Box 7729
Springfield, OH 45501-7725
LOAN # 599952330

**Second Mortgagee: (Name and Address)**

**Agency Name and Address:** Jimcor Agency, Inc.
60 Craig Road Montvale, NJ 07645

**Countersigned (Date)** 06/14/2018    By: *Longo & Thalmann*

*Correspondent, Countersignature or Authorized Representative, whichever is applicable*

This declaration page with policy jacket, policy form and endorsements, if any, issued to form a part, thereof completes the above numbered policy.

DECLARATIONS-HO (08/2014)