Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−35031−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   India McRae
   90 Neptune Avenue
   Jersey City, NJ 07305

Social Security No.:
   xxx−xx−1977

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/5/18 at 10:30 AM

to consider and act upon the following:

*29* − Motion for Relief from Stay re: re: 90 Neptune Avenue, Jersey City, NJ, 07305. Fee Amount $ 181. Filed by Kevin Gordon McDonald on behalf of U.S. BANK NATIONAL ASSOCIATION. Hearing scheduled for 8/15/2018 at 10:30 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Proposed Order # 3 Affidavit # 4 Exhibit # 5 Certificate of Service) (McDonald, Kevin)

Dated: 8/23/18

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court