Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−35031−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    India McRae
    90 Neptune Avenue
    Jersey City, NJ 07305

Social Security No.:
    xxx−xx−1977

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/5/18 at 10:30 AM

to consider and act upon the following:

*29* – Motion for Relief from Stay re: re: 90 Neptune Avenue, Jersey City, NJ, 07305. Fee Amount $ 181. Filed by Kevin Gordon McDonald on behalf of U.S. BANK NATIONAL ASSOCIATION. Hearing scheduled for 8/15/2018 at 10:30 AM at RG – Courtroom 3E, Newark. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Proposed Order # 3 Affidavit # 4 Exhibit # 5 Certificate of Service) (McDonald, Kevin)

Dated: 8/23/18

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
India McRae  
    Debtor

Case No. 17-35031-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 23, 2018  
                      Form ID: ntchrgbk     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2018.  
db         +India McRae,    90 Neptune Avenue,    Jersey City, NJ 07305-3906  
cr         +U.S. BANK NATIONAL ASSOCIATION,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487,    UNITED STATES 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2018                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2018 at the address(es) listed below:  
            Kevin Gordon McDonald    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
            Kevin M. Buttery    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyefile@rasflaw.com  
            Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com  
            Marie-Ann Greenberg    magecf@magtrustee.com  
            Nicholas Fitzgerald    on behalf of Debtor India McRae nickfitz.law@gmail.com  
            Sarah J. Crouch    on behalf of Debtor India McRae nickfitz.law@gmail.com,    nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com  
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                   TOTAL: 7